In the Matter of the Probate of the Will of THOMAS RICHARDS, Deceased.

MARION KINTZEL et al., Appellants; CARMIE A. RICHARDS, Respondent.

Argued January 3, 1938; decided January 18, 1938.

*Frank G. Raichle, Charles A. White* and *William J. Bullion* for appellants.

*John H. Little* for respondent.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.